**Loren D. Podwill**, OSB #843241
E-Mail: loren.podwill@bullivant.com
**Laura Caldera Taylor**, OSB #993786
E-Mail: laura.taylor@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MANCHACA MUSIC; BLAME MUSIC; BLUES TRAVELER PUBLISHING CORPORATION; COTA MUSIC, INC.; POWER METAL MUSIC, INC.; SONY/ATV SONGS LLC, dba SONY/ATV MELODY; MAD DOG WINSTON MUSIC, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DESERT FIRE, LLC, dba SILVER DOLLAR CLUB; DAMON SHRADER, individually, <br><br> Defendants | Civil No.:  6:12-cv-2123-AA <br><br> **JUDGMENT** |

Plaintiffs having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

///

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

JUDGMENT
Page 1

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   Defendants have willfully infringed the copyrights in the following musical works, for which plaintiff BROADCAST MUSIC, INC. licenses the right of public performance, and for which the other Plaintiffs own the copyrights:

   a.   Crossfire

   b.   Hook

   c.   Walk

   d.   Machinehead

   e.   Chemicals Between Us

2.   Defendants are hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by plaintiff BROADCAST MUSIC, INC.

3.   Judgment is entered in favor of the Plaintiffs and against defendants, jointly and severally, in the total amount of $40,000.

4.   This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

   Dated:_____, 2013.

   _____
   Honorable Ann Aiken

Approved As To Form and Content:

Dated: 5-23 , 2013.

_____
Damon Shrader for himself and Desert Fire, LLC d/b/a Silver Dollar Club

Approved As To Form and Content:

Dated: 5-23- , 2013.

_____
Laura Caldera Taylor, OSB #993786
BULLIVANT HOUSER BAILEY PC
Attorney for Plaintiffs

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

JUDGMENT

Page 2